**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:14-CV-578-GCM**

| | | |
|---|---|---|
| **K.R. DRENTH TRUCKING, INC.** | ) | |
| **d/b/a KRD TRUCKING,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WASTE CONNECTIONS OF** | ) | |
| **NORTH CAROLINA, INC.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Richard C. Richmond, III,** filed October 17, 2014 [doc. # 2].

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1 (B), Mr. Richmond is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, K.R. Drenth Trucking, Inc., d/b/a KRD Trucking.

      **IT IS SO ORDERED.**

Signed: October 24, 2014

Graham C. Mullen
United States District Judge